# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00294-CR

**Dorene S. Timms, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 40,398, HONORABLE JOE CARROLL, JUDGE PRESIDING

Appellant=s motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a). The

appeal is dismissed.

_____

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: June 13, 2002

Do Not Publish